No. 249. GOODMAN *v.* UNITED STATES. October 17, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit, and motion for leave to proceed further *in forma pauperis,* granted. *Messrs. B. D. Oliensis* and *Patrick J. Friel* for petitioner. No appearance for the United States.

No. 314. WICHITA ROYALTY Co. ET AL. *v.* CITY NATIONAL BANK ET AL. October 17, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *Messrs. James T. Montgomery, Guy Rogers* and *Ray P. Bland* for petitioners. *Messrs. T. R. Boone* and *Leslie Humphrey* for respondents.

No. 330. KESSLER, DISTRICT DIRECTOR OF IMMIGRATION AND NATURALIZATION, *v.* STRECKER. October 17, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *Solicitor General Jackson* for petitioner. *Messrs. Whitney North Seymour, C. A. Stanfield,* and *Carol King* for respondent.

No. 342. LOWDEN ET AL., TRUSTEES, *v.* SIMONDS-SHIELDS-LONSDALE GRAIN Co. October 17, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit granted. *Messrs. Charles M. Miller* and *Cyrus Crane* for petitioners. *Mr. Dupuy G. Warrick* for respondent.

No. 328. HELVERING, COMMISSIONER OF INTERNAL REVENUE, *v.* R. J. REYNOLDS TOBACCO Co. October 17, 1938.